FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR RAY HANSON, II | Criminal Information<br><br>No. 1:24-CR-184 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 6, 2023, in the Northern District of Georgia and elsewhere, the defendant, ARTHUR RAY HANSON, II, consciously disregarding a substantial risk that his communications would be viewed as threatening violence, knowingly transmitted communications in interstate and foreign commerce, from the State of Alabama to the State of Georgia, that contained threats to injure Fulton County Sheriff Patrick Labat and Fulton County District Attorney Fani Willis, all in violation of Title 18, United States Code, Section 875(c).

RYAN K. BUCHANAN
  United States Attorney

BRET R. HOBSON
  Assistant United States Attorney
Georgia Bar No. 882520

BRENT ALAN GRAY
  Assistant United States Attorney
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181