FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 18 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARTHUR RAY HANSON, II | **WAIVER OF INDICTMENT**<br><br>Criminal Action No.<br><br>1:24-CR-184 |

I, Arthur Ray Hanson, II, the above-named defendant, who is accused of transmitting threats in interstate commerce, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 18, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Arthur Ray Hanson, II
Defendant

_____
Tyler Wolas
Counsel for Defendant

Before _____
       Judicial Officer