**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**

| | | | | | | Time in Court: | | Hrs | 38 | Min |
|---|---|---|---|---|---|---|---|---|---|---|
| Filed in Open Court: | | Date: | 06/18/2024 | Time: | 11:24 a.m. | | Tape: | FTR | | |

Magistrate (presiding): **REGINA D. CANNON**    Deputy Clerk: **Phyllis Brannon**

| Case Number: | 1:24-cr-00184-JPB | Defendant's Name: | Arthur Ray Hanson, II |
|---|---|---|---|
| AUSA: | Brent Gray & Bret Hobson | Defendant's Attorney: | Tyler Wolas |
| USPO/PTR: | | Type Counsel: ( X) Retained   ( ) CJA   ( ) FDP   ( ) Waived | |

| | | |
|---|---|---|
| | ARREST DATE: | |
| | INTERPRETER: | |
| | INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT | Dft in custody?  ( ) Yes      ( ) No |
| | Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed. | |
| | ORDER appointing Federal Defender Program as counsel.  ( ) INITIAL APPEARANCE ONLY. | |
| | ORDER appointing _____ as counsel. | |
| | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) | |
| | Dft to pay attorney fees as follows: | |
| X | INFORMATION/INDICTMENT filed.                    X   WAIVER OF INDICTMENT filed. | |
| X | Copy information/indictment given to dft? (X) Yes ( ) No - Read to dft? ( ) Yes ( ) No (X) Waived formal reading | |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | |
| X | ARRAIGNMENT HELD.  ( ) Superseding indictment       ( ) Dft's WAIVER of appearance filed. | |
| | Arraignment continued to _____ at _____ Request of ( ) Govt ( ) Dft | |
| | Dft failed to appear for arraignment.     Bench warrant issued | |
| X | Dft enters PLEA OF GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. | |
| | MOTION TO CHANGE PLEA, and order allowing same. | |
| X | ASSIGNED to District   Judge JPB   for ( ) trial   (X) sentence. | |
| | ASSIGNED to Magistrate   Judge _____ for pretrial proceedings. | |
| | Estimated trial time: _____ days.   ( ) SHORT   ( ) MEDIUM   ( ) LONG | |
| | PRE-SENTENCE INVESTIGATION filed.   Referred to USPO for PSI and continued until _____ at _____ for sentencing. | |
| | Government MOTION FOR DETENTION filed.   Hearing set for _____ at _____ | |
| | Temporary commitment issued.     Dft remanded to custody of US Marshals Service. | |